UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CALVIN LEWIS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 1:21-cv-00224-GZS ) |
| T-MOBILE USA, INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER AFFIRMING RECOMMENDED DECSION**

On December 29, 2021, the United States Magistrate Judge filed with the Court his Recommended Decision on Motion to Dismiss (ECF No. 13). Defendant filed an Objection to this Recommended Decision (ECF No. 14) on January 12, 2022. Plaintiff, appearing pro se, has filed no response to this Objection.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and, thus, determine that no further proceeding is necessary.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 13) is hereby **AFFIRMED**.
2. Defendant's Motion to Dismiss (ECF No. 8) is hereby **GRANTED IN PART AND DENIED IN PART**.

3. Plaintiff's claim for age discrimination is **DISMISSED**.
4. This case shall proceed only on Plaintiff's disability discrimination claim.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of February, 2022.