# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| CALVIN LEWIS, JR., )<br>   Plaintiff  )<br>          )<br>v.          )<br>          )<br>T-MOBILE USA, INC.  )<br>   Defendant.  ) | Docket No: 1:21-CV-00224-GZS |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate, pursuant to F.R.Civ.P 41(ii)(B), to the dismissal of the Complaint in the above action with prejudice and without costs to either party.

DATED: July 14, 2023

/s/Tawny L. Alvarez
Tawny L. Alvarez, Bar No. 5173
Emily C. Waddell, Bar No. 6601
Attorneys for Defendant
Verrill Dana, LLP
One Portland Square
Portland, ME  04101
207-774-4000
talvarez@verrill-law.com

DATED: July 18, 2023

/s/ Jeremy W. Dean.
Jeremy W. Dean
Attorney for Plaintiff
Maine Bar No. 5964
P.O. Box 4391
Portland, Maine 04101
207-805-2088
jwdean@jwdlegal.com

1

**CERTIFICATE OF SERVICE**

    I certify that on July 19, 2023 I electronically filed this Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which resulted in counsel for all parties being served with notice of its filing.

                                                */s/ Jeremy W. Dean.*
                                                Jeremy W. Dean
                                                Attorney for Plaintiff
                                                Maine Bar No. 5964
                                                P.O. Box 4391
                                                Portland, Maine 04101
                                                207-805-2088
                                                jwdean@jwdlegal.com